**FILED**
CLERK, U.S. DISTRICT COURT

07/18/2017

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LP

RELATED DDJ

Scanned at LAC and E-Mailed
on 7/18/17 by _____
(date)        (initials)

Number of pages scanned: //

DARREN JAMES NORMAN
FULL NAME

CALIFORNIA STATE PRISON/P.O.Box#B457
FULL ADDRESS INCLUDING NAME OF INSTITUTION

LANCASTER, CA. 93539

V-696966
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DARREN NORMAN

PLAINTIFF,

C.WU, M.D.,
O.EGUAVOEN

DEFENDANT(S).

CASE NUMBER

2:17-cv-05299-PSG-FFM
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many?  ONE

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

"ILLEGAL SEARCH AND SEIZURE" IN WHICH OFFICERS WERE IN VIOLATION OF THE 4th, 8th, 10th, AND 14th AMENDMENT'S OF THE US CONSTITUTION FOR ORDERING AN UNCLOTHED BODY SEARCH IN VIEW OF SEVERAL FEMALE STAFF MEMBERS ALTHOUGH WANTON AND UNNECASSARY, WHILE SERVING NO PENOLOGICAL PURPOSE OR FURTHERING ANY ONGOING INVESTIGATION JUSTIFYING SUCH AN ORDER.

a. Parties to this previous lawsuit:
Plaintiff DARREN NORMAN

Defendants LARRY SMALL, S. RITTER, W. NEWMAN, B.C. RIES, A. BELTRAN, DOELL, N. GRANNIS, AND C. ESPITIA

b. Court UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

c. Docket or case number 09-CV-2235-WQH (NLS)

d. Name of judge to whom case was assigned WILLIAM Q. HAYES

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) DISMISSED FOR FAILURE TO EXHAUST

f. Issues raised: AN ILLEGAL SEARCH BY PRISON OFFICIALS

g. Approximate date of filing lawsuit: 10/8/09

h. Approximate date of disposition 12/5/10

## B: EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No.

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff DARREN NORMAN
                                                        (print plaintiff's name)

who presently resides at CALIFORNIA STATE PRISON, P.O. BOX #8457, LANCASTER, CA 93539 ,
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

CALIFORNIA STATE PRISON / LANCASTER, CALIFORNIA
(institution/city where violation occurred)

on (date or dates) _7/27/17_ , _7/27/17_ , _____
                    (Claim I)      (Claim II)           (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
        five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  _C. WU, M.D._ _____ resides or works at
               (full name of first defendant)
    _CALIFORNIA STATE PRISON, LANCASTER, CA. 93539_
    (full address of first defendant)
    _MEDICAL DOCTOR_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

    Explain how this defendant was acting under color of law:
    _THIS DEFENDANT ACTED AS A MEDICAL_
    _DOCTOR EMPLOYED BY CDCR._

2.  Defendant  _O. EGUAVOEN, RN_ _____ resides or works at
               (full name of first defendant)
    _CALIFORNIA STATE PRISON, LANCASTER, CA. 93539_
    (full address of first defendant)
    _INSTITUTION RN_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

    Explain how this defendant was acting under color of law:
    _THIS DEFENDANT ACTED AS AN_
    _INSTITUTION R.N._

3.  Defendant  _N/A_ _____ resides or works at
               (full name of first defendant)
    _____
    (full address of first defendant)
    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

    Explain how this defendant was acting under color of law:
    _____
    _____

4.  Defendant _____ N/A _____, resides or works at
      (full name of first defendant)

    _____
      (full address of first defendant)

    _____
      (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

5.  Defendant _____ N/A _____, resides or works at
      (full name of first defendant)

    _____
      (full address of first defendant)

    _____
      (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____
    _____

**D. CLAIMS***

CLAIM I

The following civil right has been violated:

MY RIGHT TO MEDICAL CARE BY THE EIGHTH AMENDMENT, WHICH PROHIBITS CRUEL AND UNUSUAL PUNISHMENT WAS BLATANTLY VIOLATED BY MEDICAL STAFF AT LANCASTER STATE PRISON.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1) M.D.C.WU FAILED TO PROPERLY TREAT MY FRACTURED RIGHT HAND WHICH ANY COMPETENT MEDICAL PRACTITIONER WOULD HAVE KNOWN WAS A FRACTURE AT FIRST GLANCE. IN ADDITION, HE TOOK IT UPON HIMSELF TO CANCEL THE SURGERY ORDERED TO BE CONDUCTED "ASAP" BY THE INSTITUTIONS SPECIALIST.

(2) RN O. EGUAVOEN ALSO FAILED TO PROPERLY TREAT MY FRACTURED RIGHT HAND WHICH WAS VISIBLY OBVIOUS AND FURTHERMORE REFUSED TO PROVIDE A CAST OR SPLINT WHICH ANY REASONABLE MEDICAL PRACTITIONER WOULD HAVE DONE.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I BELIEVE THAT I AM ENTITLED
TO MONETARY COMPENSATION TOTALING
IN THE AMOUNT OF $3,000,000.00
(1.5 MILLION DOLLARS PER DEFENDANT).
IN ADDITION I BELIEVE THAT I
AM ENTITLED TO PUNITIVE DAMAGES
TOTALING IN THE AMOUNT OF $1,000,000.00
(500 THOUSAND DOLLARS PER DEFENDANT)
FOR THE ONGOING SUFFERING OF CHRONIC
PAIN AS A DIRECT RESULT OF THEIR
GROSS NEGLIGENCE AND DELIBERATE
INDIFFERENCE TO MY RIGHTS

7/17/17
(Date)

(Signature of Plaintiff)