UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-5299 PSG (FFM) | Date | May 16, 2019 |
|---|---|---|---|
| Title | *Darren Norman v. C. Wu, M.D.,* et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING TARDY STATUS REPORTS**

Under the terms of the Court's February 27, 2019 scheduling order, plaintiff and defendant were required to file status reports, or a joint status report, no later than April 29, 2019. (Docket No. 28, ¶ 10.) As of the date of this order, neither party has filed a status report. (*See generally* Docket.) The Court therefore ORDERS the parties to show cause in writing, within **20 days of the date of this order,** why sanctions, including dismissal or entry of default judgment as relevant, should not be recommended for their failure to comply with a court order. **The parties may discharge this order to show cause by filing the status report(s).**

As set forth in the scheduling order, the status report(s) must contain the following information:

> (a) [A] summary of the proceedings to date and a statement of the principal issues raised by the case; (b) a statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-5299 PSG (FFM) | Date | May 16, 2019 |
|---|---|---|---|
| Title | *Darren Norman v. C. Wu, M.D.,* et al. | | |

description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case; (h) any suggestions the parties may wish to make regarding the management of this action. Where feasible, the parties are strongly encouraged to file a *joint* status report.

(Docket No. 28, ¶ 10.)

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |