# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV17-5299 PSG (FFM) | Date | June 6, 2019 |
|---|---|---|---|
| Title | *Darren Norman v. C. Wu, M.D.,* et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:** **(IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO DEFENDANT; GRANTING EXTENSION TO PLAINTIFF (DOCKET NO. 30)**

On May 15, 2019, the Court issued an order to show cause ("OSC") why sanctions should not be recommended for the parties' failure to file status reports pursuant to the Court's scheduling order. (Docket No. 30.) The Court informed the parties that they could discharge the OSC by filing the required status report(s) within the 20-day response period. (*Id.*) On June 5, defendant filed a status report. (Docket No. 32.) The Court therefore DISCHARGES the OSC as to defendant.

Plaintiff has filed neither a response to the OSC nor a status report. (*See generally* Docket.) The Court extends plaintiff's deadline to respond to the OSC to **July 5, 2019. Plaintiff may discharge the OSC by filing a status report in accordance with the scheduling order.** (*See* Docket No. 28, ¶ 10.)

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | JM |