UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN NORMAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>C. WU, M.D., an individual, O. EGUAVOEN, an individual,<br><br>    Defendants. | Case No. 2:17-CV-05299-MEMF (KS)<br><br>**JUDGMENT** |

In the above-captioned action, with the official capacity claims against Defendants C. Wu, M.D., and O. Eguavoen, R.N., having been dismissed on August 4, 2017 (see ECF Nos. 7-8); Defendant C. Wu, M.D., in his individual capacity, having been dismissed on February 22, 2019 (see ECF Nos. 26-27); and, pursuant to the Jury Verdict rendered in favor of Defendant O. Eguavoen, R.N., in her individual capacity, on July 11, 2025 (ECF No. 289), and in accordance with Rule 58 of the Federal Rules of Civil Procedure.

//
//
//
//
//
//
//
//

1  It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff Darren Norman shall
2  take nothing by way of his Complaint (ECF No. 1), that Defendants shall have JUDGMENT in
3  their favor and AGAINST Plaintiff Darren Norman, and that Defendants are awarded costs of suit
4  pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Rule 54(d) of the Federal
5  Rules of Civil Procedure.

Dated: September 26, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge